UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Colin Marvens, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

- against -

Mikey Auto Inc., King of Jamaica Auto Inc., Josep Israelashvili, Saman Arasheben (a/k/a "Sammy" Arasheben), and Merham Arasheben (a/k/a "Mikey" Arasheben),

                              *Defendants.*
-------------------------------------------------------------X

Case No.: 21-cv-05261

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Mikey Auto Inc., King of Jamaica Auto Inc., Josep Israelashvili, Saman Arasheben (a/k/a "Sammy" Arasheben), and Merham Arasheben (a/k/a "Mikey" Arasheben) (collectively, the "Defendants"), having offered to allow Plaintiff Colin Marvens ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Fifty Thousand Dollars and zero cents ($50,000.00) payable as follows:

1. A payment in the amount of Thirty Thousand Dollars and zero cents ($30,000.00) payable within three (3) days following the Court's Entry and Order of this Offer of Judgment;

2. A payment in the amount of Twenty Thousand Dollars and zero cents ($20,000.00) payable within thirty (30) days following the Court's Entry and Order of this Offer of Judgment,

inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney

having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of Fifty Thousand Dollars and zero cents ($50,000.00) as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: April 26, 2022
New York, New York

SO ORDERED:

/s/(ARR)

Hon. Judge
Allyne R. Ross